AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JAN 22 2021
Clerk, U.S. District and Bankruptcy Courts

United States of America
v.
Hector Emmanuel Vargas Santos

)
)
)
)
)
)
)

Case: 1:21-mj-00054
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Hector Emmanuel Vargas Santos

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 1/14/2021

City and state:   Washington, DC

Robin M. Meriweather
2021.01.14 12:18:11 -05'00'

*Issuing officer's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 01/14/2021, and the person was arrested on (date) 01/19/2021
at (city and state) Jersey City, New Jersey.

Date: 01/20/2021

*Arresting officer's signature*

SA Monique Y. Bonaparte
*Printed name and title*