UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>HECTOR VARGAS,<br><br>     Defendant. | Case No. 1:21-cr-00047-RDM |

DEFENDANT'S RESPONSE TO COURT'S ORDER OF OCTOBER 25, 2022

Defendant Hector Vargas responds to the Court's Order of October 25, 2022, by stating that he does not oppose the Government's Motion in Limine Regarding U.S. Capitol Police Surveillance Cameras (Sept. 19, 2022) [ECF No. 28], or its Motion in Limine Regarding Cross-Examination of Secret Service Agents (Sept. 19, 2022) [ECF NO. 29].

Date:  November 7, 2022    Respectfully submitted,

              /s/ Paul F. Enzinna
            Ellerman Enzinna Levy PLLC
            1050 30th Street, NW
            Washington, DC 20007
            202.753.5553
            penzinna@eellaw.com

            *Counsel for Defendant Hector Emmanuel Vargas Santos*

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 7, 2022, a copy of the foregoing Defendant's Response to Court's Order of October 25, 2022, was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Dated:   November 7, 2022        Respectfully submitted,

   /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Hector Vargas*