# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR EMMANUEL VARGAS SANTOS,<br><br>*Defendant.* | Criminal Action No. 21-cr-47 (RDM) |

## ORDER

Attached hereto are the Court's draft *voir dire* and draft preliminary jury instructions. The parties are hereby **ORDERED** to review the attached materials and be prepared to discuss them at the pretrial conference on November 16, 2022, at 10:00 a.m., in Courtroom 8.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: November 14, 2022