**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR EMMANUEL VARGAS SANTOS,<br><br>*Defendant.* | Criminal Action No. 21-cr-47 (RDM) |

**ORDER**

Attached hereto are the Court's proposed final *voir dire* and preliminary jury instructions, as well as the Court's pretrial order.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: December 1, 2022