# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR EMMANUEL VARGAS SANTOS,<br><br>*Defendant.* | Criminal Action No. 21-cr-47 (RDM) |

## ORDER

Attached hereto are the Court's proposed final jury instructions and verdict form. The parties shall review those documents and be prepared with any objections ahead of the anticipated charging conference tomorrow, December 8, 2022.

**SO ORDERED**.

      /s/ Randolph D. Moss
      RANDOLPH D. MOSS
      United States District Judge

Date: December 7, 2022