Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☒

UNITED STATES OF AMERICA

VS.

HECTOR VARGAS SANTOS

Civil/Criminal No. 21-cr-47

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Category: 000 | Video Montages | | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage | | | | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras | 12/7/22 | 12/7/22 | Lt. McCree | 12/9/22 @ 3:00pm |
| Category: 100 | United States Capitol Police Surveillance Video | | | | |
| 101 | USCP Camera 0943 – West Front Roof | 12/7/22 | 12/7/22 | Lt. McCree | 12/9/22 @ 3:00pm |
| 102 | USCP Camera 0944- West Front Roof | 12/7/22 | 12/7/22 | Lt. McCree | |
| 103 | USCP Camera 7029- Rotunda Door | 12/7/22 | 12/7/22 | Lt. McCree | |
| 104 | USCP Camera 0686- Rotunda Door | 12/7/22 | 12/7/22 | Lt. McCree | |
| 105 | USCP Camera 0959- Rotunda South | 12/7/22 | 12/7/22 Lt. McCree | | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 106 | USCP Camera 0179- Memorial Door Interior | 12/7/22 | 12/7/22 | Lt. McCree | 12/9/22 @ 3pm |
| 107 | USCP Camera 0180- Memorial Door Exterior | 12/7/22 | 12/7/22 | Lt. McCree | |
| 108 | USCP Camera 0933- CVC Elevator Tower North | 12/7/22 | 12/7/22 | Lt. McCree | |
| 109 | USCP Camera 7025- East Front Senate | 12/7/22 | 12/7/22 | Lt. McCree | ✓ |
| Category: 200 | Photographs | | | | |
| 201 | Capitol Grounds photo | | | | |
| 202 | Capitol Grounds with Perimeter | 12/7/22 | 12/7/22 | Lt. McCree | 12/9/22 @ 3pm |
| 203 | Capitol Grounds with "Area Closed" Capitol Police signs on fencing | 12/7/22 | 12/7/22 | Lt. McCree | |
| 204 | "Area Closed" Capitol Police sign | 12/7/22 | 12/7/22 | Lt. McCree | |
| 205 | "Area Closed" sign on fencing at Peace Circle | 12/7/22 | 12/7/22 | Lt. McCree | |
| 206 | U.S. Capitol 3D Model Picture | 12/7/22 | 12/7/22 | Lt. McCree | |
| 207 | U.S. Capitol top down view of Interior | 12/7/22 | 12/7/22 | Lt. McCree | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Category: 300 | Body Worn Camera Video from Metropolitan Police Department Officers, January 6, 2021 | | | | |
| 302 | Byron Jenkins Body Worn Camera | 12/7/22 | 12/7/22 | Ofc. Lepe | 12/9/22 @ 3pm |
| 303 | Christopher Brown Body Worn Camera | 12/7/22 | 12/7/22 | Ofc. Lepe | |
| 305 | Jeremiah Johnson Body Worn Camera | 12/7/22 | 12/7/22 | Ofc. Lepe | |
| 306 | Lepe Lee Body Worn Camera | 12/7/22 | 12/7/22 | Ofc. Lepe | |
| 307 | Jeremey Smith Body Worn Camera | | | | ✓ |
| 308 | Christopher Owens Body Worn Camera | | | | |
| Category: 400 | Open Source Videos | | | | |
| 401 | YouTube: Hunter Smith United States Capitol Protest January 6, 2021 https://www.youtube.com/watch?v=O_vrdc4V3aY &t=60s | 12/7/22 | 12/7/22 | Ofc. Neyhard | 12/9/22 @ 3pm |
| 402 | Pleb Media: walking to the capitol https://archive.org/details/JhDLz5zmRwkcjvqgS | 12/7/22 | 12/7/22 | Ofc. Neyhard | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 403 | The Overton Report: https://archive.org/download/wsPxAR9nSoGb6L352/wsPxAR9nSoGb6L352.mkv | 12/7/22 | 12/7/22 | Ofc. Neyhard | 12/9/22 @ 3pm |
| 404 | Former Wagie: NEW FOOTAGE January 6 Capitol Hill Protest https://www.youtube.com/watch?v=MoBTO6NKuLY&t=2066   46:28-46:24   48:10-43:28   44:56-45:00 | 12/7/22 | 12/7/22 | Ofc. Neyhard | |
| 405 | Benjamin Reports https://www.youtube.com/watch?v=DHessyWYXqM&t=557s | 12/7/22 | 12/7/22 | Ofc. Neyhard | |
| 408 | YouTube Wasabisys: https://capitol-hill-riots.s3.us-east-1.wasabisys.com/YouTube/%5Byoutube%5D%20Trump%20Wild%20Rally%20Washington%20D.C.%20-%20Outside%20The%20Capitol%20Building%20(Part%202006)%20(V-02)%20(January%206th%2C%202021)-u4UK76CCpnY.mp4 | 12/8/22 | 12/8/22 | Sgt. Norcello | |
| 409 | From facility 555- IMG_1601 | | | | |
| 410 | From facility 555- IMG_1602 | 12/7/22 | 12/7/22 | Ofc. Hallas | 12/9/22 @ 3pm |
| 411 | Lisaelizabeth video | | | | |
| 412 | NChillmonger video | | | | |
| 413 | Ohun_ashe video | | | | |
| 414 | Tru News Video A017_0761424_C046 | 12/7/22 | 12/7/22 @ Ofc. Hallas | | 12/9/22 @ 3pm |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 415 | Tru News Video IMG_E8010 | 12/7/22 | 12/7/22 | Ofc. Hallas | 12/9/22 @ 3pm |
| 416 | Fix Video | | | | |
| Category: 500 | Videos Recovered from Private Individuals | | | | |
| 501 | Capitol Police Officer Luckel Video DSC 0001 | 12/7/22 | 12/7/22 | Ofc. Neyhard | 12/9/22 @ 3pm |
| 502 | Wes Croy Cell Phone Video | | | | |
| 503 | Anthony Mariotto cell phone video | | | | |
| 504 | Albert Ciarpelli IMG_1606 | 12/7/22 | 12/7/22 | Ofc. Hallas | 12/9/22 @ 3am |
| 505 | Jesus Rivera C0068 | | | | |
| 506 | Damon Beckley Video 5950 | 12/7/22 | 12/7/22 | Ofc. Hallas | |
| 507 | Damon Beckley Video 2100 | 12/7/22 | 12/7/22 | Ofc. Hallas | 12/9/22 @ 3pm |
| 508 | Capitol Police Officer Luckel Video DSC 0002 | 12/7/22 | 12/7/22 | Ofc. Neyhard | ✓ |
| Category: 600 | Photos | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 601 | Blake Reed 20210106_140901 | | | | |
| 602 | Getty Images 1230457417 | | | | |
| 603 | Officer Gallagher Riot DSC 0158 | | | | |
| 604 | Officer Gallagher Riot DSC 0159 | | | | |
| 605 | Twitter Smoking | 12/8/22 | 12/8/22 | Sgt. Mocello | 12/9/22 @ 3pm |
| Category: 700 | Social Media Accounts | | | | |
| 701 | Facebook Account: hector.vargas.35 | 12/8/22 | 12/8/22 | Sgt. Mocello | 12/9/22 @ 3pm |
| 701.1 | Photo Rioters Scaling Wall photos_3965672000134331.jpg | 12/8/22 | 12/8/22 | Sgt. Mocello | |
| 701.2 | Video from Rotunda: status_updates_3965742083460656.mp4 | 12/8/22 | 12/8/22 | Sgt. Mocello | |
| 701.3 | Video leaving Capitol status_updates_3965782203456644.mp4 | 12/8/22 | 12/8/22 | Sgt. Mocello | |
| 701.4 | Subscriber information | 12/8/22 | 12/8/22 | Sgt. Mocello | |
| 701.5 | Certificate Authenticity | 12/8/22 | 12/8/22 | Sgt. Mocello | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 702 | Instagram Account: Hector Vargas, thundervargasofficial | | | | |
| 702.1 | Instagram scoped account messages | | | | |
| 702.2 | Instagram Photo Vargas on Jeep | 12/8/22 | 12/8/22 | Sgt. Mocello | 12/9/22 @ 3pm |
| 702.3 | Instagram Photo Gadsen Flag | | | | |
| 702.4 | Instagram Subscriber Information | | | | |
| 702.5 | Instagram Certificate of Authenticity | | | | |
| 703 | Twitter Account: hectorisborn | ✓ | ✓ | ✓ | |
| **Category: 800** | **Documents** | | | | |
| 801 | U.S. Secret Service Head of State Notification | 12/8/22 | 12/8/22 | Lanelle Hunn | 12/9/22 @ 3pm |
| 802 | Senate Footage Certification | | | | |
| 803 | House Footage Certification | | | | |
| 804 | Lincoln Park Neighborhood Watch- February 3, 2020 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 805 | Printout Hector Vargas Facebook Account | | | | |
| Category: 900 | Combined Videos | | | | |
| 901 | 0944 USCP CCTV and Overton Reports Combined | 12/8/22 | 12/8/22 | Sgt. Nocello | 12/9/22 @ 3pm |
| 902 | 0944 USCP CCTV and Former Wagie and DSC_0002 | 12/8/22 | 12/8/22 | Sgt. Nocello | |
| 903 | 7029 USCP CCTV and IMG 555_1602 | 12/8/22 | 12/8/22 | Sgt. Nocello | |
| 904 | 7029 USCP CCTV and TruNews A017 | 12/8/22 | 12/8/22 | Sgt. Nocello | |
| 905 | 0686 USCP CCTV and TruNews8010 | 12/8/22 | 12/8/22 | Sgt. Nocello | |
| 906 | C. Brown BWC and Vargas Facebook Video | 12/8/22 | 12/8/22 | Sgt. Nocello | |
| 907 | video w/ yellow circle around death (same as 401) | 12/8/22 | 12/8/22 | Sgt. Nocello | |
| Category: 1000 | Custodial Interview | | | | |
| 1001 | Custodial Interview: 0004.wav | | | | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Category: 1100 | Stipulations | | | | |
| 1101 | Stipulations | 12/7/22 | 12/7/22 | | |
| Category 1200 | Physical Evidence | | | | |
| 1201 | Samsung Phone | | | | |
| 1202 | Wiko Phone | | | | 12/9/22 @ 3pm |