UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>               v.<br><br>HECTOR VARGAS,<br><br>                     Defendant. | Case No. 1:21-cr-00047-RDM |

SUPPLEMENT TO DEFENDANT'S MOTION
FOR LEAVE TO BE ABSENT FROM THE REMAINDER OF TRIAL

Pursuant to the Court's Order of December 10, 2022, Defendant respectfully submits this Supplement to his Motion for Leave to be Absent from Remainder of Trial.

1. Attached as Exhibit A hereto is the signed statement of Defendant, Hector Vargas, requesting leave to be absent from the remainder of trial, and consenting to the

2. Counsel for the government has authorized undersigned counsel to state that it consents to this Motion.

Date:  December 10, 2022

Respectfully submitted,

 /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

Nandan Kenkeremath
DC Bar No. 384732
2707 Fairview Court
Alexandria, Virginia 22311
703-407-9407
nandank@comcast.net

*Counsel for Defendant Hector Vargas*

## CERTIFICATE OF SERVICE

      I certify that on December 10, 2022, a copy of the foregoing Supplement to Defendant's Motion for Leave to be Absent from the Remainder of Trial was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Dated:   December 10, 2022                                  Respectfully submitted,

                                                      /s/ Paul F. Enzinna
                                            Ellerman Enzinna Levy PLLC
                                            1050 30th Street, NW
                                            Washington, DC 20007
                                            202.753.5553
                                            penzinna@eellaw.com

                                            *Counsel for Defendant Hector Emmanuel Vargas Santos*