CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 21cr47 (RDM)
)
)
HECTOR EMMANUEL SANTOS VARGAS )
)

## NOTE FROM JURY

Can you log us in~~ What is the password for the TV log-in? Not for the flash drive, but for "CO8JERS" TV ID?

Date: 12/12/22

Time: 10:02

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )    Civil/Criminal No.: __21cr47 (RDM)__
)
HECTOR EMMANUEL SANTOS VARGAS )
)

### NOTE FROM JURY

For Count 3, on page 24 of the "Final Jury Instructions", the title reads "Violent Entry or Disorderly Conduct in a Capitol Building", but the following line (i.e. first sentence of paragraph) reads) "... charges the defendant with violent entry and disorderly and disruptive conduct."

Is the charge made against and or or?

~~[scribbled out]~~

Can you clarify this discrepancy, please.

Date: 12/12/22

Time: 11:36

/s/ FOREPERSON

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR EMMANUEL VARGAS SANTOS,<br><br>*Defendant.* | Criminal Action No. 21-cr-47 (RDM) |

**JURY QUESTION AND ANSWER**

1. **For Count 3, on page 24 of the "Final Jury Instructions," the title reads "Violent Entry *OR* Disorderly Conduct in a Capitol Building," but the following line (i.e. the first sentence of paragraph reads) " . . . charges the defendant with violent entry *and* disorderly and disruptive conduct." Is the charge made against *and* or *or*? Can you clarify this discrepancy, please.**

Although the title of the relevant statute refers to "violent entry and disorderly conduct," in this case, the government did not charge "violent entry," and thus you need not consider that question.

As I have previously instructed you, to find the Defendant guilty on Count 3, you must find beyond a reasonable doubt that (1) the Defendant engaged in disorderly *or* disruptive conduct in any of the United States Capitol Buildings; (2) that he did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or of either House of Congress; and (3) that he acted willfully and knowingly.

If you find that the government has proven all three of these elements beyond a reasonable doubt, then you should find the Defendant guilty on Count 3. If you find that the government has failed to prove any of these elements beyond a reasonable doubt, then you should find the Defendant not guilty on Count 3.

/s/ RDM

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: __21cr47 (RDM)__
)
)
HECTOR EMMANUEL SANTOS VARGAS )
)

## NOTE FROM JURY

We have reached a verdict

Date: 12/12/22

Time: 12:10 PM

FOREPERSON