## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :          No.: 21-cr-47 (RDM)
                                  :
HECTOR VARGAS SANTOS,             :
                        Defendant. :
                                  :

## **VERDICT FORM**

We, the jury in the above-titled case, find the defendant [circle one]:

Count One:  (Guilty) / Not Guilty          of Entering or Remaining in a Restricted Building, in

violation of 18 U.S.C. § 1752(a)(1).

Count Two:  (Guilty) / Not Guilty          of Disorderly or Disruptive Conduct in a Restricted

Building, in violation of 18 U.S.C. § 1752(a)(2).

Count Three:  (Guilty) / Not Guilty          of Violent Entry or Disorderly Conduct in a Capitol

Building, in violation of 40 U.S.C. § 5104(e)(2)(D).

Count Four:  (Guilty) / Not Guilty          of Parading, Demonstrating, or Picketing in a Capitol

Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

Dated: 12/12/22

_____
Signature of Foreperson

3