UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                v.<br><br>HECTOR VARGAS,<br><br>                          Defendant. | Case No. 1:21-cr-00047-RDM |

### DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Hector Vargas, through undersigned counsel, respectfully submits that the evidence adduced by the government at trial was not sufficient to permit reasonable jurors to find him guilty, beyond a reasonable doubt, on any of the charges against him, and requests that the Court enter a Judgment of Acquittal under Federal Rule of Civil Procedure 29(a).

The grounds for this Motion are stated in the accompanying Memorandum in Support.

Dated: December 22, 2022

Respectfully submitted,

/s/ Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

Nandan Kenkeremath
DC Bar 384732
USDC DC 384732
2707 Fairview Court
Alexandria, Virginia 22311
703-407-9407

*Counsel for Defendant Hector Vargas*

1

CERTIFICATE OF SERVICE

I certify that on December 23, 2022, a copy of the foregoing Defendant';s Renewed Motion for Judgmetn of Acquittal, and the accompanying Memorandum in Support, were filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Dated:   December 23, 2022              Respectfully submitted,

  /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Hector Vargas*