UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:21-cr-00047-RDM |
| HECTOR VARGAS, | |
| Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO BE ABSENT FROM HEARING

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant Hector Vargas, through counsel, respectfully requests leave to be absent from the motions hearing scheduled for March 7, 2023.  In support of this Motion, Defendant states as follows:

1.  On February 7, 2023, the Court set a hearing for 2 p.m. on March 7, 2023, on Defendant's Renewed Motion for Judgment of Acquittal [ECF No. 66] and Defendant's Motion to Dismiss Count IV [ECF No. 52].

2.  Defendant is homeless, but became employed in October 2022, driving a box truck for a trucking company, picking up and delivering packages (*e.g.,* delivering purchases from Amazon.com). Because he is homeless, Defendant has been sleeping in his truck.

3. Defendant missed work during the four days of this trial, and fears that he will lose his employment if he is required to miss more time.

4. Given Defendant's straitened circumstances, the cost of traveling from his home in New Jersey to the District of Columbia for the hearing would pose a significant burden on him.

5.  Counsel for the United States has informed undersigned counsel that the

United States has no objection to this Motion.

WHEREFORE, pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant respectfully requests that the Court grant him leave to be absent from the March 7, 2023, motions hearing.

Date:  February 8, 2023                Respectfully submitted,

  /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

Nandan Kenkeremath
DC Bar No. 384732
2707 Fairview Court
Alexandria, Virginia 22311
703-407-9407
nandank@comcast.net

*Counsel for Defendant Hector Vargas*

## CERTIFICATE OF SERVICE

I certify that on February 8, 2023, a copy of the foregoing Supplement to Defendant's Motion for Leave to be Absent from Motions Hearing was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Dated:   February 8, 2023                Respectfully submitted,

  /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Hector Vargas*