# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-3074**  **September Term, 2024**

**1:21-cr-00047-RDM-1**

**Filed On: July 16, 2025** [2125771]

USA,

      Appellee

      v.

Hector Emmanuel Vargas Santos, also known as Hector Vargas, also known as Hector Santos,

      Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the disposition of the motion for reconsideration.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
      Emily K. Campbell
      Deputy Clerk